IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHRISTINE SANDRA MCLENDON :
         Plaintiff :
          :
v. : CIVIL ACTION NO. WMN-07-2362
          :
JUDGE J. FREDERICK MOTZ :
         Defendant

**MEMORANDUM**

On September 4, 2007, Plaintiff, a former Baltimore resident now living in Michigan, filed the above-captioned *pro se* civil rights action pursuant to 42 U.S.C. §1983, seeking money damages and complaining that the Honorable J. Frederick Motz, a member of this Court, failed to grant her relief requested in more than a dozen actions filed in this Court between 1992 and 2003.[1] Once again,[2] Plaintiff claims that these rulings amount to "hate crimes" and suggests it is amenable to criminal prosecution. (Paper No. 1). Because she appears to be indigent, Plaintiff shall be granted leave to file *in forma pauperis* pursuant to 28 U.S.C. §1915(a).

Judicial officers are immune from liability for judicial acts unless done in the clear absence of all jurisdiction, even if those acts were erroneous or malicious and exceeded authority. *See Stump v. Sparkman*, 435 U.S. 349, 356 (1987); *Chu v. Griffith*, 771 F.2d 79 (4th Cir. 1985). Such immunity exists here. In any event, Plaintiff's dissatisfaction with the outcome of her federal lawsuits does not entitle her to demand the criminal prosecution of the presiding judge. *See Linda R.S. v. Richard D, et al.*, 410 U.S. 614, 619 (1973).

---

[1] Plaintiff also complains that the United States Court of Appeals for the Fourth Circuit failed to recognize the validity of her lawsuits. The appellate court, however, is not named as a party in this case.

[2] *See McLendon v. Attorney Grievance Commission*, Civil Action No. JFM-00-820 and *McLendon v. Citizens of Maryland,* Civil Action No. JFM-02-3170.

Accordingly, the above-captioned lawsuit is subject to dismissal pursuant to 28 U.S.C. § 1915(e), without requiring service on or an answer from Defendant.

|  |  |
|---|---|
| 10/10/07 | /s/ |
| Date | William M. Nickerson<br>United States District Judge |